SEYFARTH SHAW LLP
Jennifer R. Brooks (SBN 14480)
jrbrooks@seyfarth.com
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6730

CLARK HILL, PLLC
Gia N. Marina, Nevada Bar No. 15276
gmarina@clarkhill.com
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300

*Counsel for Defendant*
*Equifax Information Services LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LARRY L. BRYSON, an individual, | Case No.: 2:25-cv-01568-GMN-NJK |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC, | |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME FOR DEFENDANT**
**EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER – FIRST REQUEST**

Defendant Equifax Information Services LLC ("Equifax"), by its counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) and LR IA 6-1, respectfully requests an extension of time, through and including October 3, 2025, to respond to *Pro Se* Plaintiff Larry Bryson's Complaint, and in support thereof states:

1. On August 18, 2025, Plaintiff filed a Complaint. (ECF No. 1).

2. Equifax was served via process service on its registered agent, Corporation Service Company, on August 29, 2025.

3.      Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Equifax must file its responsive pleading by September 19, 2025.

4.      Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff.  Accordingly, Equifax respectfully requests an extension of the deadline to respond to Plaintiff's Complaint, up to and including October 3, 2025.

5.      This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party.  This extension of time will allow Equifax sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint, confer with counsel, and prepare its response.  This is Defendant Equifax's first request for an extension of time.

WHEREFORE, Equifax respectfully requests that this Court grant its request for an extension of time to respond to Plaintiff's Complaint, up to and including October 3, 2025.

**Certificate of Pre-Filing Conference**

Equifax has attempted to confer with *Pro Se* Plaintiff via correspondence sent on September 8, 2025 via United States Mail.  Plaintiff has not provided Equifax with either a telephone number or email address as alternate means of communication.  To date, Equifax has not received a response to its request for an extension of time to respond to Plaintiff's Complaint.

Dated: September 18, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Jennifer R. Brooks*
    Jennifer R. Brooks, Bar No. 14480
    jrbrooks@seyfarth.com
    SEYFARTH SHAW LLP
    2323 Ross Avenue, Suite 1660
    Dallas, Texas 75201
    Telephone: (469) 608-6730

CLARK HILL, PLLC

By: */s/ Gia N. Marina*
    Gia N. Marina, Nevada Bar No. 15276
    gmarina@clarkhill.com
    CLARK HILL, PLLC
    1700 S. Pavilion Center Drive, Suite 500
    Las Vegas, Nevada 89135
    Telephone: (702) 862-8300

*Counsel for Defendant
Equifax Information Services LLC*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: September 19, 2025

SEYFARTH SHAW LLP
ATTORNEYS AT LA

3

320238037v.1