# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Larry L. Bryson,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>Equifax Information Services, LLC, et al.,<br><br>　　　　Defendant(s). | Case No. 2:25-cv-01568-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 26] |

Pending before the Court is Defendants' proposed discovery plan. Docket No. 26. Defendants represent therein that Plaintiff has not scheduled the Rule 26(f) conference or participated in the preparation of the discovery plan. Docket No. 26 at 1 n.1.

Litigants, including those proceeding without an attorney, must comply with all applicable rules. *Carter v. Comm'r of Internal Revenue*, 784 F.2d 1006, 1008-09 (9th Cir. 1986). The local rules provide in pertinent part as follows:

> The pro se plaintiff or plaintiff's attorney must initiate the scheduling of the conference required by Fed. R. Civ. P. 26(f) to be held within 30 days after the first defendant answers or otherwise appears. Fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties must submit a stipulated discovery plan and scheduling order.

Local Rule 26-1(a) (emphasis added). Hence, Plaintiff was required to initiate a Rule 26(f) conference and Plaintiff was required to participate in formulating the discovery plan.

Defendants' proposed discovery plan is **DENIED** without prejudice. Plaintiff is **ORDERED** to contact counsel for each Defendant immediately to initiate the Rule 26(f) conference. That Rule 26(f) conference must take place by November 12, 2025, and a stipulated discovery plan must be filed by November 19, 2025. **Failure to comply with this order and the governing rules may result in the imposition of sanctions, up to and including dismissal**. In

1 | the event Plaintiff does not comply with this order, Defendants must file a notice so indicating by
2 | November 19, 2025.
3 |       IT IS SO ORDERED.
4 |       Dated: November 4, 2025

                                                                       Nancy J. Koppe
                                                                       United States Magistrate Judge