# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Larry L. Bryson,<br>　　　Plaintiff(s),<br>v.<br>Equifax Information Services, LLC, et al.,<br>　　　Defendant(s). | Case No. 2:25-cv-01568-GMN-NJK<br>**Scheduling Order**<br>[Docket Nos. 28, 29] |

Pending before the Court is a joint discovery plan, which was filed twice. Docket Nos. 28, 29. The discovery plan is **GRANTED** in that the Court adopts the case management deadlines proposed by the parties. Case management deadlines are **SET** as follows:

- Initial disclosures: November 26, 2025
- Amend pleadings/ add parties: December 17, 2025
- Initial experts: January 16, 2026
- Rebuttal experts: February 16, 2026
- Discovery cutoff: March 17, 2026
- Dispositive motions: April 16, 2026
- Joint proposed pretrial order: May 15, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: November 26, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1